IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-00129-M

| | |
|---|---|
| STEVEN E. GORRELL, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>WAKE COUNTY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For good cause shown, the parties' Joint Motion Requesting a Stay of Litigation [DE-26] is GRANTED. This action is stayed until Monday, September 13, 2021, to permit the parties to pursue mediation, pursuant to their joint request. Within fourteen (14) days of the date that the stay expires, Monday, September 27, 2021, the parties shall either submit a notice informing the court that the matter has been resolved and file the appropriate notice or stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), or if the matter is not resolved through mediation, Defendant shall file its answer or otherwise response to the Complaint.

SO ORDERED this the 18th day of May, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE