IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-00129-M

STEVEN E. GORRELL, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

WAKE COUNTY,

    Defendant.

ORDER

This matter came before the court on the motion to withdraw as counsel [DE 61] filed by Spencer Fritts. For good cause shown, the motion is GRANTED. Mr. Fritts's representation of Plaintiff in this matter is hereby terminated.

SO ORDERED this 27th day of May, 2022.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE