UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STEVEN GORRELL, Steven E. Gorrell, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>WAKE COUNTY,<br><br>        Defendant. | **JUDGMENT**<br>**CASE NO. 5:21-CV-129-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on August 9, 2022 [DE 66], the court GRANTS the parties' joint motion [DE 53], approves the Agreement [DE 53-1], and dismisses this action with prejudice. Defendant shall pay $144,810.95 to Plaintiffs in back wages, an equal amount in liquidated damages, and a $7,500 service award to Named Plaintiff. The court also GRANTS IN PART AND DENIES IN PART Plaintiffs' motion for fees and costs [DE 55]. Under 29 U.S.C. § 216(b), Defendant shall pay $74,339.30 in reasonable attorneys' fees and $6,636.01 in reasonable costs for a total award of $80,975.31.

This Judgment filed and entered on August 9, 2022, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

  August 9, 2022                                           Peter A. Moore, Jr.
                                                      Clerk of Court

                                                      By: /s/ Kimberly R. Waddell
                                                          Deputy Clerk